UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AT&T CORP.,<br><br>      Plaintiff,<br><br>v.<br><br>APPLIED CARD SYSTEMS, INC.,<br><br>      Defendant. | Civil Action No.: |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff states that AT&T Corp., a non-governmental corporate party in the above entitled civil action, does not have any parent corporation and/or publicly held corporation that owns 10% or more of its stock.

Date:  May 16, 2005            ELZUFON, AUSTIN, REARDON,
       Wilmington, Delaware      TARLOV & MONDELL, P.A.


*/s/ Charles J. Brown, III*
Charles J. Brown, III (Bar No. 3368)
300 Delaware Avenue, Suite 1700
P. O. Box 1630
Wilmington, DE 19899
(302) 428-3181

       -and-

David G. Tomeo, Esq.
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, NJ 07068
973.597.2500
973.597.2400 Telecopier
Attorneys for Plaintiff AT&T Corp.