AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

AT&T Corp.

V.

Applied Card Systems, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:     0 5 - 2 9 9 -

TO: (Name and address of Defendant)

Applied Card Systems, Inc.
c/o RL&F Service Corp. (Registered Agent)
One Rodney Square, 10th Floor
10th & King Streets
P.O. Box 551
Wilmington, DE 19801
(302) 651-7700

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Charles J. Brown, III
Elzufon Austin Reardon Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**

DATE     5/17/05

CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5/19/05 @ 9:55am |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Michael J. Dellose | Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify): Served registered agent RLtF Service Corp, 10th & King Streets. 10th Floor Wilmington Delaware by serving Sandra Soondrasartori, 40 white female, 6'5" 175 pounds, red hair, no glasses.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  05/23/2005          _____
                 Date                   Signature of Server  Michael J. Dellose

1225 King Street
Suite 400
_____
Address of Server  P.O. Box 368
Wilmington, DE 19899-0368

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.