UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AT&T CORP., <br><br> Plaintiff, <br><br> v. <br><br> APPLIED CARD SYSTEMS, INC., <br><br> Defendant. | Civil Action No.: 1:05-cv-00299-UNA |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE** that the Plaintiff AT&T Corp. hereby voluntarily dismisses this action with prejudice and without costs to either party.

Dated: July 5, 2005

**ELZUFON AUSTIN REARDON TARLOV & MONDELL**

 */s/ Charles J. Brown, III*
Charles J. Brown, III (Bar No. 3368)

300 Delaware Ave, Suite 1700
P.O. Box 1630
Wilmington, DE 19899
(302) 428-3181
(302) 777-7244 (Fax)

-and-

David G. Tomeo, Esq.
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, NJ 07068
973.597.2500
973.597.2400 Telecopier

Attorneys for Plaintiff AT&T Corp.

12459/1053
06/22/05  1741799.01